SO ORDERED.



Dated: February 11, 2010

*Signature*
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

PERRY & SHAPIRO, L.L.P.
3300 N. Central Avenue, #2200
Phoenix, Arizona 85012
(602) 222-5711
(602) 222-5701 Facsimile
(847) 627-8802 Facsimile
AZNotices@logs.com, e-mail
Christopher R. Perry, Bar #009801
Jason P. Sherman, Bar #019999
Attorney for Beneficial Mortgage Co of Arizona
[FILE 09-020573 HSF]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>JOE BENITEZ AND DIANE BENITEZ,<br>Debtor. | Case # 2:09-bk-24254-RTB<br>Chapter 13 Proceedings |
| Beneficial Mortgage Co of Arizona, its assignees and / or successors in interest,<br>Movant,<br>v.<br>JOE BENITEZ AND DIANE BENITEZ, Debtor, and Chapter 13 Trustee Edward J. Maney,<br>Respondents. | ORDER LIFTING<br>THE AUTOMATIC STAY<br><br>Re: Real Property located at<br>4802 North 78th Avenue<br>Phoenix, AZ 85033 |

The court finds that a Motion for Relief From the Automatic Stay and a Notice of Filing of the Motion have been filed with the Court and served upon interested parties in the above captioned matter by Beneficial Mortgage Co of Arizona, ("BENEFICIAL"), and that good cause exists to grant the Motion for Relief;

**THEREFORE, IT IS ORDERED:**

1. BENEFICIAL, its assignees or successors-in-interest, is hereby granted relief from all stays against lien enforcement including the automatic stay imposed under 11 U.S.C. § 362 and the automatic injunction of 11 U.S.C. § 524(a) with reference to the real property generally described as 4802 North 78th Avenue, Phoenix, AZ 85033 and legally described as:

> LOT 38, OF PONDEROSA HOME WEST UNIT ONE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 155 OF MAPS, PAGE 47.

2. BENEFICIAL may begin or continue foreclosure proceedings following applicable law and / or enforce any contract or state law remedies it has against said real property.

3. Should Debtor fail to vacate the Property following foreclosure, BENEFICIAL may pursue any legal remedies in state court to remove the Debtor from the Property.

4. Unless and until otherwise ordered, the Automatic Stay imposed against BENEFICIAL shall remain lifted under this and any other chapter of the Bankruptcy Code to which this case may convert.

DATED: _____

_____
U. S. Bankruptcy Court Judge